## STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**GERALDO DAVID ORTIZ NEGRON**

Case No. **10-05625-BKT**

Chapter 13      Attorney Name: **JUAN O CALDERON LITHGOW***

---

### I. Appearances

| | | |
|---|---|---|
| Debtor | [ ] Present | [✓] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [ ] Present | [✓] Absent |

[ ] Pro-se

[ ] Substitute _____

Date:  July 28, 2010

Time: 10:42 Am    Track: h/R

[✓] This is debtor(s) 1 Bankruptcy filing.

Liquidation Value: _____

Creditors

R. Herrera

_____

_____

---

### II. Oath Administered
[ ] Yes      [✓] No

---

### III. Documents Filed/Provided

[✓] Schedules

[✓] Statement of Financial Affairs (SOFA)

[✓] Statement of Current Monthly Income (SCMI)

[✓] Credit counseling briefing certificate (CCC)

   [ ] Waiver requested by debtor(s)

[ ] DSO Certificate

[ ] DSO Recipient's information

[ ] State Tax Returns_____ [ ] Returned

[ ] Federal Tax Returns_____ [ ] Returned

[ ] Evidence of income (60 days prior to petition)

---

### IV. Status of Meeting    [ ] Closed    [✓] Not Held    [ ] Continued _____ at _____

---

### V. Trustee's Report on Confirmation

[ ]  FAVORABLE

[ ]  UNFAVORABLE

[ ] Feasibility

[ ] Insufficiently funded

[ ] Unfair discrimination

[ ] Fails liquidation value test

[ ] Fails disposable income test  (I & J)

[ ] No provision for secured creditor(s)

_____

_____

[ ] Treat value of collateral separately

[ ] No provision for insurance

[ ] Tax returns missing

   [ ] State  - years _____

   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)

[ ] Evidence of income

   [ ] Missing     [ ] Incomplete

[ ] Stmt. of Current Monthly Income

   [ ] Incomplete  [ ] Missing

   [ ] Fails commitment period  [ ] Fails Disp. Income

[ ] Certificate of Credit briefing

   [ ] Missing  [ ] More than 180 days

   [ ] Issuer not certified by U.S.T.

[ ] Incomplete schedules

[ ] Incomplete S.O.F.A.

[ ] Other:

_____

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**GERALDO DAVID ORTIZ NEGRON**          Case No. **10-05625-BKT**

Chapter 13          Attorney Name: **JUAN O CALDERON LITHGOW***

---

VI. **Plan**                                                                                          (Cont.)

Date: <u>June, 25, 2010</u>      Base $ <u>17,400.00</u>   [X]   Filed      Evidence of Pmt shown: _____

Payments ⟲ made out of _____ due.      [ ]   Not Filed

VII. **Confirmation Hearing Date:** September, 3, 2010

VIII. **Attorney's fees as per R. 2016(b)**

$3,000.00 - $ 0.00    = $ 3,000.00

IX. Documents to be provided w/in _____ days

[ ] Amended schedules _____       [ ] Amended S.O.F.A. _____

[ ] Insurance estimate                              [ ] Amended plan

_____             [ ] Business Documents

[ ] Assumption/Rejection executory contract             [ ] Monthly reports for the months

_____                 _____

[ ] Appraisal _____         _____

_____                 _____

[ ] State tax returns years _____         [ ] Public Liability Insurance

[ ] Federal tax returns years _____          [ ] Premises_____

[ ] Correct SS # (Form B21)                            [ ] Vehicle(s)_____

  [ ] Debtor  [ ] Joint debtor                       [ ] Licenses issued by:

[ ] Other:                                          _____

_____             _____

_____             _____

_____

---

[ ] M.T.D. to be filed by Trustee:  Debtor(s): [ ] failed to appear;  [ ] failed to commence payments;

[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____

[ ] Other:_____

---

**COMMENTS**

*Security officer reports m Calderon called indicating he was to convert case to C-7.*

_____

_____

_____

_____

_____
**Trustee/Presiding Officer**                          Date:   <u>July 28, 2010</u>

                                                              (Rev.