IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:
GERALDO DAVID ORTIZ NEGRON

Case No. 10-05625-BKT

Debtor(s)

Chapter 13

## DEBTORS' NOTICE TO CONVERT CASE TO CHAPTER 7
## ANSWER TO MOTION FOR DISMISSAL

TO THE HONORABLE COURT:

The undersigned, attorney for the above-named debtor(s), notifies the Court as follows,

1. The debtor(s) pursuant to 11 U.S.C. §1307(a), hereby elect(s) to convert the above captioned case to a case under chapter 7 of the Bankruptcy Code.
2. The debtor(s) is/are entitled to convert his/her/their case because:
   A. This case filed on June 25, 2010 and confirmation still pending, is a case under chapter 13 of the Bankruptcy Code.
   B. The debtor(s)s is/are eligible to be debtor(s) under chapter 7 of the Bankruptcy Code
   C. There are no prior motions to convert this case.
   D. A motion filed by the trustee is pending requesting either dismissal or conversion

### ADDITIONAL NOTICE

**Unless a party in interest objects to the conversion of this case within twenty (20) days from the date of this notice, the case may be converted without a hearing.**

D. **With the present motion to convert, motion by trustee seeking dismissal of chapter 13 case is moot.**

WHEREFORE, we respectfully request from this Honorable Court to take notice of the informed above and enter an order accordingly.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this same date a true and exact copy of the foregoing has been field with the Clerk of the Court that will be notified to the trustee and all appearing parties using the Court's CM/ECF system. All non appearing parties will be notified by U. S. regular mail as per Master Address List attached.
In Vega Baja, Puerto Rico, on this September 3, 2010.

S/ Juan O. Calderon Lithgow
JUAN O. CALDERON LITHGOW
ATTORNEY FOR DEBTOR, 205607
P.O. BOX 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476

GERALDO DAVID ORTIZ NEGRON
HC-2 BOX 8374
OROCOVIS, PR 00720

GEMB / HH GREGG
ATTENTION: BANKRUPTCY
PO BOX 103106
ROSWELL, GA 30076

JUAN O. CALDERON-LITHGOW
JUAN O. CALDERON-LITHGOW
P.O. BOX 1710
VEGA BAJA, P. 00694-1710

HILCO REC
5 REVERE DR STE 510
NORTHBROOK, IL 60062

ARROW FINANCIAL SERVICES
5996 W TOUHY AVE
NILES, IL 60714

MUEBLERIAS BERRIOS
PO BOX 674
CIDRA, PR 00739

BANCO POPULAR DE PR
CARD PRODUCTS DIVISION
PO BOX 70100
SAN JUAN, PR 00936-7100

SEARS/CBSD
701 EAST 60TH ST N
SIOUX FALLS, SD 57117

BANCO POPULAR DE PR
PO BOX 71375
SAN JUAN, PR 00936-7077

SEARS/CBSD
133200 SMITH RD
CLEVELAND, OH 44130

BANCO POPULAR DE PR
CARD PRODUCTS DIVISION
PO BOX 70100
SAN JUAN, PR 00936-7100

CITIFINANCIAL
PO BOX 499
HANOVER, MD 21076

COLLECTION
700 LONGWATER DR
NORWELL, MA 02061

FIRST FEDERAL SAVINGS
PO BOX 19327
SAN JUAN, PR 00910-4124