IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>ORTIZ NEGRON, GERALDO DAVID<br>DEBTOR(S) | CASE NO. 10-05625 (BKT)<br><br>CHAPTER 7 |
|---|---|

TRUSTEE'S MOTION REQUESTING
ENTRY OF ORDER DISMISSING THE CASE

TO THE HONORABLE COURT:

COMES NOW, Wigberto Lugo Mender, duly appointed trustee of the above captioned case, who respectfully prays this Honorable Court as follows:

1. The above caption case was filed as a Chapter 13 on June 25, 2010 and was converted to a case under Chapter 7 on September 13, 2010.

2. The meeting of creditors, pursuant to 11 U.S.C. Section 341 was scheduled for November 4, 2010. Debtor failed to appear at this meeting.

3. The meeting of creditors was continued to December 2, 2010. Debtor's attorney request continuance. The meeting was continued to December 21, 2010. Debtor again failed to appear at this meeting.

4. The trustee respectfully states that debtor's non-appearance to the scheduled meeting of creditors precludes his administration of the assets of this estate, main reason why this case should be dismissed.

NOTICE TO PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that unless a written response to this motion requesting dismissal is filed, in writing, with the Clerk of the U.S. Bankruptcy Court with copy to the undersigned

within 30 days from the date of this notice, this case will be dismissed without further notice or hearing.

WHEREFORE, the undersigned Trustee respectfully prays this Honorable Court for an Order Dismissing this Case pursuant to 11 U.S.C. Section 521(h)(2).

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system
RESPECTFULLY SUBMITTED.

**I HEREBY CERTIFY**: That on the same date a copy of this document has been mailed to the **United States Trustee's Office** at Ochoa Building, Suite 301, 500 Tanca Street, Old San Juan, PR 00901-1922; **Geraldo Ortiz Negron** (**Debtor**) HC 02, Box 8374, Orocovis, PR 00720 and **Juan Calderon Lithgow, Esq**. (**Attorney for Debtor**) PO Box 1710, Vega Baja, PR 00694.

In Guaynabo, Puerto Rico, this 23 of December of 2010.

*s/ Wigberto Lugo Mender*
WIGBERTO LUGO MENDER
CHAPTER 7 TRUSTEE
Centro Internacional de Mercadeo
Carr 165, Torre 1, Suite 501
Guaynabo, PR 00968
Tel 787/707-0404
Fax 787/707-0412
trustee@lugomender.com

Department of Defense Manpower Data Center    Dec-23-2010 11:43:21



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| ORTIZ | GERALDO DAVID | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:HIEDRQBIHI

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: lopezad              Page 1 of 1              Date Rcvd: Dec 27, 2010
Case: 10-05625                 Form ID: pdf001            Total Noticed: 20
```

The following entities were noticed by first class mail on Dec 29, 2010.
```
db         +GERALDO DAVID ORTIZ NEGRON,    HC-2 BOX 8374,    OROCOVIS, PR 00720-9469
smg         DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg         FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg         PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
             SAN JUAN, PR  00918
3008819    +ARROW FINANCIAL SERVICES,    5996 W TOUHY AVE,    NILES, IL 60714-4610
3008820    +BANCO POPULAR DE PR,    CARD PRODUCTS DIVISION,    PO BOX 70100,    SAN JUAN, PR 00936-8100
3008821    +BANCO POPULAR DE PR,    PO BOX 71375,    SAN JUAN, PR 00936-8475
3008823    +CITIFINANCIAL,    PO BOX 499,    HANOVER, MD 21076-0499
3008824    +COLLECTION,    700 LONGWATER DR,    NORWELL, MA 02061-1796
3025725    +EMP. BERRIOS FINANCIERA,    PO BOX 674,    CIDRA, PR 00739-0674
3008825    +FIRST FEDERAL SAVINGS,    PO BOX 19327,    SAN JUAN, PR 00910-1327
3008827    +HILCO REC,    5 REVERE DR STE 510,    NORTHBROOK, IL 60062-8007
3081703    +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
3039915     MONEY EXPRESS,    BANKRUPTCY DIVISION,    PO BOX 9146,    SAN JUAN PR  00908-0146
3008828    +MUEBLERIAS BERRIOS,    PO BOX 674,    CIDRA, PR 00739-0674
3028105     POPULAR AUTO,    BANKRUPTCY DEPARTMENT,    PO BOX 366818,    SAN JUAN PUERTO RICO 00936-6818
3008830     SEARS/CBSD,    133200 SMITH RD,    CLEVELAND, OH 44130
3008829    +SEARS/CBSD,    701 EAST 60th St N,    SIOUX FALLS, SD 57104-0432
```

The following entities were noticed by electronic transmission on Dec 27, 2010.
```
smg        +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov                            US TRUSTEE,    EDIFICIO OCHOA,
             500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
3008826    +E-mail/PDF: gecsedi@recoverycorp.com Dec 27 2010 19:01:16      GEMB / HH Gregg,
             Attention:  Bankruptcy,    PO BOX 103106,    Roswell, GA 30076-9106
                                                                                             TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3008822*   +BANCO POPULAR DE PR,    CARD PRODUCTS DIVISION,    PO BOX 70100,    SAN JUAN, PR 00936-8100
3081704*   +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 29, 2010**                    **Signature:**    _Joseph Speetjens_