IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| GERALDO DAVID ORTIZ NEGRON | CASE NO. 10-05625 BKT<br>Chapter 7 |
| XXX-XX-8204 | |
| | FILED & ENTERED ON 1/10/2011 |
| Debtor(s) | |

## ORDER DISCHARGING TRUSTEE
## AND RELEASING HIS BOND

The instant case was converted to Chapter 7 on 9/13/10. The Chapter 13 Trustee has rendered a final report of his administration on 9/14/10. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon released from further liability thereunder.

SO ORDERED.

In San Juan, Puerto Rico, this 10 day of January, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

WIGBERTO LUGO MENDER